# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VALERIE WILLIAMS,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| v. | : | **NO. 20-5036** |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** *et al.* | : | |
| **Defendants.** | : | |

# ORDER

**AND NOW**, this 27th day of August, 2021, upon consideration of Defendant Team Management & Consulting, LLC's Motion to Dismiss (ECF No. 7) and Plaintiff's Response in Opposition (ECF No. 9), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **GRANTED.**

**BY THE COURT**:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.